

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00926-CV

**IN RE PROGRESSIVE COUNTY MUTUAL INS. CO.** and Ellen Irwin

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:   February 18, 2009

MOTION TO DISMISS GRANTED; PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator filed a motion to dismiss this mandamus proceeding. We grant the motion. Costs of this mandamus proceeding are taxed against relators, Progressive County Mutual Insurance Company and Ellen Irwin.

The clerk of this court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.

PER CURIAM

---

[1] This proceeding arises out of Cause No. CVDV-06-262, styled *Randy Campbell and Amanda Chrystine McKinney v. Progressive County Mutual Insurance Co. and Ellen Irwin*, filed in the 216th Judicial District Court, Bandera County, Texas. .